EXHIBIT B

Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| Claim language | Information Relating to Atlantic Broadband's TiVo-Powered DVR as described in the TiVo Service Quick Guide Provided by Atlantic Broadband |
|---|---|
| 1. A digital video recorder (DVR) for recording a plurality of television broadcast programs, comprising: | The TiVo-Powered DVR is a multi-tuner DVR capable of recording a plurality of television broadcast programs. **Multi-tuner.** A tuner is a device found inside DVRs, TVs, cable boxes — anything designed to receive TV signals, including the TiVo T6 DVR. A tuner picks one channel to display; it "tunes" to that channel. The TiVo T6 DVR is a "multi-tuner" device; it has six separate tuners inside and can record up to six shows at once (pressing the Live TV button on your TiVo remote will switch among the tuners). See "Watching multiple shows at once" on page 8 for more information about switching tuners. TiVo Service Quick Guide at iv. |
| a mass data storage unit that concurrently and continuously receives and digitally stores a plurality of television broadcast programs together with time information to allow said plurality of stored television broadcast programs to be synchronized with respect to one another; and | The TiVo-Powered DVR includes a mass data storage unit. The TiVo T6 digital video recorder (DVR) has six HD tuners allowing you to watch and record up to six shows at once. And it can record up to 150 hours of HD programming so you'll never miss another show! TiVo Service Quick Guide at iv. The TiVo-Powered DVR receives and records digital television signals: |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | A show's title may appear in more than one group, even though there is only one recording of the show. For example, you might have several episodes of a show in that show's group, and the same titles in the HD Recordings group, which includes all shows recorded in HD. When you delete a show in one group, the title also disappears from any other group.<br><br>TiVo Service Quick Guide at 4.<br><br>The TiVo-Powered DVR concurrently and continuously receives and digitally stores a plurality of television broadcast programs.<br><br>**Multi-tuner.** A tuner is a device found inside DVRs, TVs, cable boxes — anything designed to receive TV signals, including the TiVo T6 DVR. A tuner picks one channel to display; it "tunes" to that channel. The TiVo T6 DVR is a "multi-tuner" device; it has six separate tuners inside and can record up to six shows at once (pressing the Live TV button on your TiVo remote will switch among the tuners). See "Watching multiple shows at once" on page 8 for more information about switching tuners.<br><br>TiVo Service Quick Guide at iv.<br><br>The TiVo-Powered DVR also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the TiVo-Powered DVR displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

## TiVo Live Guide

Date & time          Show description

The Devil Bat (1941)
★★½          1 hr 15 min
(Tue 10/11 2:00 pm - 3:15am) A crazed chemist uses mutated bats to
gain vengeance against the businessmen who prospered from his work.
(CC) NR, Horror
Bela Lugosi, Suzanne Kaaren, Dave O'Brian, Guy Usher                    705 KPXD
                                                                        7:32pm

Fri 10/7      7:30pm                                      ◄ 705 TCMHD ►

| 789 TCMHD | ◯ Bullit (1968) | 6:15pm | The Uninvited (1944) |
| 790 IFCHD | Hostel | 8:00pm | Dead of Night (1945) |
| 791 WEHD | Ghost Whisperer | 10:00pm | I Walked With a Zom...(1943) |
| 791 HALI HD | Frasier | 11:15pm ✓ Cat People (1942) |
| 794 HMCHD | Matlock | 12:45am | The Curse of the Cat... (1944) |
| 795 LIFEHD | Unsolved Mysteries | 2:00am | The Devil Bat (1941) |
| 796 LMNHD | Hidden Crimes (2009) | ◄ 3:15am | Dead Man Walk (1943) |
| 797 MSMHD | Married to the Mob (1991) | 6:15am | The Uninvited (1944) |

● options   ● sort (channel number)   ● show (all)        ● previous day   ● next day   ● search

Channels & shows          Upcoming shows on
currently airing          the selected channel

TiVo Service Quick Guide at 13.

This is also evidenced, for example, by the TiVo-Powered DVR's ability to display an on-screen timer for a program stored or being stored on the TiVo-Powered DVR that illustrates (among other things) the user's current point in a program:



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

## Moving around in time

1. First, press the PAUSE button  . You can pause live TV for up to 30 minutes. After that, playback resumes.

   When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo T6 DVR. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

2. Press the PLAY button ▶ to continue watching the show. Next, press the REWIND button ◀◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go even faster. Press PLAY at any time to return to normal speed.

3. Press PAUSE again, and, with the show paused, press the FAST FORWARD button ▶▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.

TiVo Service Quick Guide at 7.

The digital storage of television broadcast programs and time information by the TiVo-Powered DVR allows the stored television broadcast programs to be synchronized with respect to one another.

When a user tunes to a particular television channel, the TiVo-Powered DVR begins a live TV buffer. The live TV buffer digitally stores up to 30 minutes of content in a first-in/first-out manner. The TiVo-Powered DVR permits the user to switch to another tuner (and watch another program) without losing the live TV buffer for the program he was previously watching.



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

## Recording the saved portion

On the TiVo T6 DVR, up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo T6 DVR clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or switch tuners instead of changing the channel.

To record the saved portion in addition to the rest of the program, choose 'Record this showing.'

TiVo Service Quick Guide at 9.

The TiVo-Powered DVR permits a user to pause live TV, as well as to rewind and fast-forward through stored programs.

## Moving around in time

**1.** First, press the PAUSE button <span>❙❙</span> . You can pause live TV for up to 30 minutes. After that, playback resumes.



When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo T6 DVR. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

**2.** Press the PLAY button ▶ to continue watching the show. Next, press the REWIND button ◀◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go even faster. Press PLAY at any time to return to normal speed.

**3.** Press PAUSE again, and, with the show paused, press the FAST FORWARD button ▶▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | TiVo Service Quick Guide at 7. |
|---|---|
| | The ability to swap between programs playing on alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to, for example, surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46. This functionality is expressly set forth in the TiVo Service Quick Guide:<br><br>## Watching multiple shows at once<br><br>Your TiVo T6 DVR can watch (and record!) up to six shows at the same time. Go ahead, try it:<br><br>1. First, press the PAUSE button ⏸ to pause the live TV show you're watching. Let's call the tuner you're watching "Tuner 1."<br><br>2. Press the LIVE TV button to switch to the next tuner, "Tuner 2." Whenever you press LIVE TV, you'll switch to the next tuner in line.<br><br>**Note:** You may see the same channel on more than one tuner.<br><br>3. Change the channel if you like, watch the new show for a few moments, then press LIVE TV again to switch to Tuner 3.<br><br>4. Change the channel, watch for a few moments, then press PAUSE.<br><br>5. Press LIVE TV again to switch to Tuner 4. Again, change the channel, watch for a few moments, then press PAUSE. Repeat to switch to Tuners 5 and 6.<br><br>TiVo Service Quick Guide at 8-9. |
| a channel viewer, coupled to said mass storage unit, that retrieves a portion of one of said plurality of stored television broadcast programs | The TiVo-Powered DVR includes a channel viewer coupled to the mass data storage unit that allows a user to retrieve a portion of a television broadcast program based on a received command and presents the portion of the television broadcast program on a video display device. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| from said mass data storage unit based on a received command and presents said portion on a video display device. | A user may select a stored program from the TiVo-Powered DVR in various ways. For example, the TiVo-Powered DVR provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded:<br><br>**TiVo Live Guide**<br><br>Date & time<br><br>Show description<br><br>Channels & shows currently airing<br><br>Upcoming shows on the selected channel |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button ⬭ on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the Ⓐ button to display Guide Options and choose the view you want. |
|  | The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button ⬭ while watching live TV to bring up the mini-guide. |
|  | In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a NEW icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings). |
|  | To move around in the guides (TiVo Live Guide, grid guide, or mini-guide): |
|  | • Press the FAST FORWARD button ▶▶ to move the displayed time ahead one half-hour at a time, or press the REWIND button ◀◀ to move it backward. |
|  | • Press the ADVANCE button ⬭ ® to jump 24 hours ahead, or the REPLAY button ⬭ ® to jump 24 hours back. |
|  | • Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button ⬭ to record it. |
|  | TiVo Service Quick Guide at 13. |
|  | As discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. The TiVo-Powered DVR will begin displaying the program from the previously established buffer. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | ## Watching multiple shows at once<br><br>Your TiVo T6 DVR can watch (and record!) up to six shows at the same time. Go ahead, try it:<br><br>1. First, press the PAUSE button ⏸ to pause the live TV show you're watching. Let's call the tuner you're watching "Tuner 1."<br><br>2. Press the LIVE TV button 🔘 to switch to the next tuner, "Tuner 2." Whenever you press LIVE TV, you'll switch to the next tuner in line.<br><br>**Note:** You may see the same channel on more than one tuner.<br><br>3. Change the channel if you like, watch the new show for a few moments, then press LIVE TV again to switch to Tuner 3.<br><br>4. Change the channel, watch for a few moments, then press PAUSE.<br><br>5. Press LIVE TV again to switch to Tuner 4. Again, change the channel, watch for a few moments, then press PAUSE. Repeat to switch to Tuners 5 and 6.<br><br>TiVo Service Quick Guide at 8-9.<br><br>A user may also select a stored program from the list of previously recorded programs. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  |  <br><br> # Quick Tour – My Shows <br><br> All the shows recorded by your TiVo T6 DVR, including downloaded shows, appear in the My Shows list. To get to the My Shows list from any menu screen or from live TV, just press the TiVo button 🎦 twice. (Just press it once if you're already on the TiVo Central screen.) <br><br> **Note:** The My Shows list you see from your TiVo Mini or TiVo Preview is the list of shows from the host DVR (you'll see the host DVR's icon on the My Shows screen). <br><br> Highlight any title in My Shows (even a show that's still recording) and press the PLAY button ▶ to play the show from the beginning, or to resume playing from where you left off. <br><br> TiVo Service Quick Guide at 3. |
| 2. The DVR as recited in claim 1 wherein said mass data storage unit | The TiVo-Powered DVR stores television broadcast programs/channels in a live TV buffer on a first-in-first-out basis. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| stores said plurality of channels on a first-in-first-out basis. | ## Recording the saved portion<br><br>On the TiVo T6 DVR, up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo T6 DVR clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or switch tuners instead of changing the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>TiVo Service Quick Guide at 9. |
| 5. The DVR as recited in claim 1 wherein said channel viewer comprises a channel guide database containing pointers to locations in said mass data storage unit. | The TiVo-Powered DVR's program guide comprises a channel guide database that contains pointers to locations in the mass data storage unit.<br><br>TiVo Live Guide<br><br>Date & time          Show description<br><br>Channels & shows          Upcoming shows on<br>currently airing          the selected channel |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button **Guide** on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the Ⓐ button to display Guide Options and choose the view you want.<br><br>The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button **select** while watching live TV to bring up the mini-guide.<br><br>In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a **NEW** icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings).<br><br>To move around in the guides (TiVo Live Guide, grid guide, or mini-guide):<br><br>• Press the FAST FORWARD button ▶▶ to move the displayed time ahead one half-hour at a time, or press the REWIND button ◀◀ to move it backward.<br><br>• Press the ADVANCE button ⏭ ⓡ to jump 24 hours ahead, or the REPLAY button ⏮ ⓡ to jump 24 hours back.<br><br>• Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button ⏺ to record it.<br><br>TiVo Service Quick Guide at 13. |
| 6. The DVR as recited in claim 1 wherein said channel viewer displays a channel guide on said video display device, said channel guide providing information regarding a content of said plurality of channels. | The TiVo-Powered DVR's channel viewer displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. For example, as shown in the screenshot below, the program guide provides a "Show description" for programs broadcast on the available channels. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | TiVo Live Guide<br><br>Date & time          Show description<br><br>*[image of TiVo Live Guide]*<br><br>Channels & shows          Upcoming shows on<br>currently airing          the selected channel<br><br>TiVo Service Quick Guide at 13. |
| 7. The DVR as recited in claim 6 wherein said channel guide contains links to locations in said mass data storage unit. | As illustrated in the image below, the TiVo-Powered DVR's channel viewer comprises a channel guide that contains links to locations in the mass data storage unit.<br><br>TiVo Live Guide<br><br>Date & time          Show description<br><br>*[image of TiVo Live Guide]*<br><br>Channels & shows          Upcoming shows on<br>currently airing          the selected channel |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button `Guide` on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the Ⓐ button to display Guide Options and choose the view you want. |
| | The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button while watching live TV to bring up the mini-guide. |
| | In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a `NEW` icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings). |
| | To move around in the guides (TiVo Live Guide, grid guide, or mini-guide): |
| | • Press the FAST FORWARD button ▶▶ to move the displayed time ahead one half-hour at a time, or press the REWIND button ◀◀ to move it backward. |
| | • Press the ADVANCE button ⏭ ® to jump 24 hours ahead, or the REPLAY button ⏮ ® to jump 24 hours back. |
| | • Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button to record it. |
| | TiVo Service Quick Guide at 13. |
| 8. The DVR as recited in claim 1 further comprising a pointing device, cooperable with said channel viewer, that allows a user to issue said command. | The TiVo-Powered DVR works with pointing devices (e.g., a remote control) cooperable with the channel viewer to allow the user to issue commands, including a command to display a particular program from the mass data storage unit. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **The TiVo® Remote\*** <br><br> The **TiVo button** takes you to the TiVo Central® screen, the starting point for all your TiVo features and settings. <br><br> If programmed, **TV PWR** turns your TV on or off. <br><br> Use **Input** to select the input (such as TiVo box, DVD player, game system) your TV displays. <br><br> **Back** goes back to the previous screen (in certain apps). <br><br> **Guide** takes you to the program guide, where you can find shows to watch or record. Press it again to see filtered views. <br><br> If programmed, **Volume** and **Mute** control the volume on your TV or A/V receiver. <br><br> **Play, Pause, Rewind, Fast-Forward** or play shows in **Slow Motion**. Press Rewind and Fast-Forward up to three times for three speeds. <br><br> **Replay** repeats the last 8 seconds of the show. Press and hold to jump to the beginning of a show. <br><br> The **letter buttons** sort and filter views. Look for the on-screen tips. <br><br> **Clear** removes the display of the info banner or program guide, and deletes titles from the My Shows or To Do list. <br><br> \*This information is specifically for the TiVo T6 DVR remote control. For detailed information about remote controls for the TiVo Mini and the TiVo Preview go to www.tivo.com <br><br> **Live TV** takes you to live TV. If you're watching live TV, use it to cycle through the tuners. <br><br> **Info** shows the info banner while watching live TV; press it again to make it disappear. <br><br> Use **Zoom** to change aspect ratio of shows on your TV or to return to full-screen from the Video Window. <br><br> Press **Select** to choose menu items or, when watching live TV, to bring up the Mini Guide. <br><br> Use the **arrow buttons** to navigate the TiVo menus and the program guide. <br><br> Use the **Channel Up/Down** buttons to change the channel and to page up or down while in the program guide or TiVo menus. <br><br> Use the **Thumbs Up** and **Thumbs Down** buttons to rate shows, collections, or video providers for TiVo Suggestions. <br><br> **Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding. <br><br> Press **Record** to start recording the show you're watching, or to set up a recording for a show selected in the program guide. <br><br> **Enter/Last** returns you to the last channel tuned to in live TV. <br><br> **On Demand** takes you to the main screen for video-on-demand options. <br><br> TiVo Service Quick Guide at appendix. |
| 9. The DVR as recited in claim 1 wherein said channel viewer presents said portion nonlinearly. | The TiVo-Powered DVR channel viewer can present a portion of a television program nonlinearly. For example, the TiVo-Powered DVR's video player controls allow the user to skip forward by 30 seconds. <br><br> **Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | TiVo Service Quick Guide at appendix. |
|---|---|
| 12. The DVR as recited in claim 1 further comprising an archive storage unit, coupled to said channel viewer, that stores said portion. | The TiVo-Powered DVR includes an archive storage unit coupled to the channel viewer that stores information contained in the live TV buffer in persistent storage.<br><br>**Recording the saved portion**<br><br>On the TiVo T6 DVR, up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo T6 DVR clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or switch tuners instead of changing the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>TiVo Service Quick Guide at 9. |
| 13. The DVR as recited in claim 1 further comprising a channel selector, coupled to said mass data storage unit, that allows a user to identify said plurality of channels. | The TiVo-Powered DVR includes a channel selector, coupled to the mass data storage unit, that allows a user to identify a plurality of channels/television broadcast programs. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button **Guide** on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the (A) button to display Guide Options and choose the view you want.

The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button ⬤ while watching live TV to bring up the mini-guide.

In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a NEW icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings).

To move around in the guides (TiVo Live Guide, grid guide, or mini-guide):

- Press the FAST FORWARD button ⏩ to move the displayed time ahead one half-hour at a time, or press the REWIND button ⏪ to move it backward.

- Press the ADVANCE button ⏭ ® to jump 24 hours ahead, or the REPLAY button ⏮ ® to jump 24 hours back.

- Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button ⏺ to record it.

TiVo Service Quick Guide at 13.

The user can use the program guide to identify a plurality of television programs concurrently.

## Watching multiple shows at once

Your TiVo T6 DVR can watch (and record!) up to six shows at the same time. Go ahead, try it:

1. First, press the PAUSE button ⏸ to pause the live TV show you're watching. Let's call the tuner you're watching "Tuner 1."

2. Press the LIVE TV button 📺 to switch to the next tuner, "Tuner 2." Whenever you press LIVE TV, you'll switch to the next tuner in line.

**Note:** You may see the same channel on more than one tuner.

3. Change the channel if you like, watch the new show for a few moments, then press LIVE TV again to switch to Tuner 3.

4. Change the channel, watch for a few moments, then press PAUSE.
 |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | **5.** Press LIVE TV again to switch to Tuner 4. Again, change the channel, watch for a few moments, then press PAUSE. Repeat to switch to Tuners 5 and 6.<br><br>TiVo Service Quick Guide at 8-9. |
| 16. The DVR as recited in claim 1 wherein said plurality of channels are formatted in a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | The TiVo-Powered DVR receives television programs broadcast on channels formatted in, for example, HDTV.<br><br>• The amount of recording space the TiVo T6 DVR needs varies from channel to channel and from show to show. In general, the more action you see on your screen, such as in fast-moving sports or action movies, the more recording space is required. High-definition shows take up much more space than standard-definition shows.<br><br>TiVo Service Quick Guide at 25.<br><br>## Grouping shows<br><br>When Groups are on, shows are organized into folders, and a number in parentheses to the right of each folder shows how many shows it contains. If you've recorded several episodes of the same show, they can all be collected into a group. You'll also see groups for HD recordings, TiVo Suggestions (if you have auto-recording of Suggestions turned on), and auto-recording WishList® searches.<br><br>TiVo Service Quick Guide at 4. |
| 17. The DVR as recited in claim 1 wherein said DVR selectively moves by one commercial time unit within said one of said plurality of channels in response to a second received command. | The TiVo-Powered DVR allows a user to submit a command prompting the DVR to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>**Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | TiVo Service Quick Guide at appendix. |
|---|---|
| 18. The DVR as recited in claim 17 wherein said received command is employable to achieve catch-up viewing. | As discussed above, the TiVo-Powered DVR allows a user to submit a command prompting the DVR to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>**Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding.<br><br>TiVo Service Quick Guide at appendix.<br><br>This skip-forward command is employable to achieve catch-up viewing.<br><br>## Moving around in time<br><br>1. First, press the PAUSE button ⏸. You can pause live TV for up to 30 minutes. After that, playback resumes.<br><br>When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo T6 DVR. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.<br><br>6. Press the ADVANCE button. You'll instantly move forward 30 seconds.<br><br>7. Press and hold the ADVANCE button and presto! You're caught up to live TV.<br><br>TiVo Service Quick Guide at 7. |
| 19. A method of operating a digital video recorder, comprising the steps of: | The TiVo-Powered DVR involves a method of operating a digital video recorder. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The TiVo T6 digital video recorder (DVR) has six HD tuners allowing you to watch and record up to six shows at once. And it can record up to 150 hours of HD programming so you'll never miss another show!<br><br>TiVo Service Quick Guide at iv. |
| receiving a plurality of television broadcasts, each television broadcast including a video signal; and | The TiVo-Powered DVR receives a plurality of television broadcasts, each of which includes a video signal.<br><br>**Multi-tuner.** A tuner is a device found inside DVRs, TVs, cable boxes — anything designed to receive TV signals, including the TiVo T6 DVR. A tuner picks one channel to display; it "tunes" to that channel. The TiVo T6 DVR is a "multi-tuner" device; it has six separate tuners inside and can record up to six shows at once (pressing the Live TV button on your TiVo remote will switch among the tuners). See "Watching multiple shows at once" on page 8 for more information about switching tuners.<br><br>TiVo Service Quick Guide at iv.<br><br>A show's title may appear in more than one group, even though there is only one recording of the show. For example, you might have several episodes of a show in that show's group, and the same titles in the HD Recordings group, which includes all shows recorded in HD. When you delete a show in one group, the title also disappears from any other group.<br><br>TiVo Service Quick Guide at 4. |
| concurrently and continuously digitally storing said plurality of television broadcasts on a mass data storage unit and storing said plurality of | The TiVo-Powered DVR includes a mass data storage unit. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| television broadcasts together with time information to allow said plurality of stored television broadcasts to be synchronized with respect to one another upon replay of said stored television broadcasts. | The TiVo T6 digital video recorder (DVR) has six HD tuners allowing you to watch and record up to six shows at once. And it can record up to 150 hours of HD programming so you'll never miss another show!<br><br>TiVo Service Quick Guide at iv.<br><br>The TiVo-Powered DVR concurrently and continuously receives and digitally stores a plurality of television broadcast programs.<br><br>**Multi-tuner.** A tuner is a device found inside DVRs, TVs, cable boxes — anything designed to receive TV signals, including the TiVo T6 DVR. A tuner picks one channel to display; it "tunes" to that channel. The TiVo T6 DVR is a "multi-tuner" device; it has six separate tuners inside and can record up to six shows at once (pressing the Live TV button on your TiVo remote will switch among the tuners). See "Watching multiple shows at once" on page 8 for more information about switching tuners.<br><br>TiVo Service Quick Guide at iv.<br><br>The TiVo-Powered DVR also receives and digitally stores time information relating to television broadcast programs. This is evidenced by, for example, the fact that the TiVo-Powered DVR displays a program guide containing information regarding the start and end times of programs. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

TiVo Live Guide

Date & time                    Show description

Channels & shows        Upcoming shows on
currently airing             the selected channel

TiVo Service Quick Guide at 13.

This is also evidenced, for example, by the TiVo-Powered DVR's ability to display an on-screen timer for a program stored or being stored on the TiVo-Powered DVR that illustrates (among other things) the user's current point in a program:

## Moving around in time

**1.** First, press the PAUSE button ⏸ . You can pause live TV for up to 30 minutes. After that, playback resumes.

When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo T6 DVR. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

**2.** Press the PLAY button ▶ to continue watching the show. Next, press the REWIND button ◀◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go even faster. Press PLAY at any time to return to normal speed.

**3.** Press PAUSE again, and, with the show paused, press the FAST FORWARD button ▶▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

|  | |
|---|---|
|  | TiVo Service Quick Guide at 7.<br><br>The digital storage of television broadcast programs and time information by the TiVo-Powered DVR allows the stored television broadcast programs to be synchronized with respect to one another upon replay.<br><br>When a user tunes to a particular television channel, the TiVo-Powered DVR begins a live TV buffer. The live TV buffer digitally stores up to 30 minutes of content in a first-in/first-out manner. The TiVo-Powered DVR permits the user to switch to another tuner (and watch another program) without losing the live TV buffer for the program he was previously watching.<br><br>**Recording the saved portion**<br><br>On the TiVo T6 DVR, up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo T6 DVR clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or switch tuners instead of changing the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>TiVo Service Quick Guide at 9.<br><br>The TiVo-Powered DVR permits a user to pause live TV, as well as to rewind and fast-forward through stored programs. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

## Moving around in time

1. First, press the PAUSE button ❙❙ . You can pause live TV for up to 30 minutes. After that, playback resumes.

   

   When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo T6 DVR. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

2. Press the PLAY button ▶ to continue watching the show. Next, press the REWIND button ◀◀ and the show rewinds. Press REWIND a second time to rewind faster, and a third time to go even faster. Press PLAY at any time to return to normal speed.

3. Press PAUSE again, and, with the show paused, press the FAST FORWARD button ▶▶ to move a small step forward. Press REWIND to move a small step back. Press PLAY to resume watching at normal speed.

TiVo Service Quick Guide at 7.

The ability to swap between programs playing on alternate tuners, combined with the ability to pause a program and to move forward and backward through a program, permits a user to, for example, surf stored programs, including allowing rapid switching from one channel at a given time to another channel at a different time. *See* '882 patent at 14:40-46. This functionality is expressly set forth in the TiVo Service Quick Guide:



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Watching multiple shows at once**<br><br>Your TiVo T6 DVR can watch (and record!) up to six shows at the same time. Go ahead, try it:<br><br>**1.** First, press the PAUSE button ❚❚ to pause the live TV show you're watching. Let's call the tuner you're watching "Tuner 1."<br><br>**2.** Press the LIVE TV button 🔵 to switch to the next tuner, "Tuner 2." Whenever you press LIVE TV, you'll switch to the next tuner in line.<br><br>**Note:** You may see the same channel on more than one tuner.<br><br>**3.** Change the channel if you like, watch the new show for a few moments, then press LIVE TV again to switch to Tuner 3.<br><br>**4.** Change the channel, watch for a few moments, then press PAUSE.<br><br>**5.** Press LIVE TV again to switch to Tuner 4. Again, change the channel, watch for a few moments, then press PAUSE. Repeat to switch to Tuners 5 and 6.<br><br>TiVo Service Quick Guide at 8-9. |
| 20. The method as recited in claim 19 further comprising creating pointers to locations in said mass data storage unit in a channel guide database. | The TiVo-Powered DVR creates pointers to locations in the mass data storage unit in a channel guide database.<br><br>TiVo Live Guide<br><br>Date & time        Show description<br><br>Channels & shows        Upcoming shows on<br>currently airing        the selected channel |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

|  |  |
|---|---|
|  | The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button [Guide] on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the [A] button to display Guide Options and choose the view you want.<br><br>The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button [select] while watching live TV to bring up the mini-guide.<br><br>In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a [NEW] icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings).<br><br>To move around in the guides (TiVo Live Guide, grid guide, or mini-guide):<br><br>• Press the FAST FORWARD button ▶▶ to move the displayed time ahead one half-hour at a time, or press the REWIND button ◀◀ to move it backward.<br><br>• Press the ADVANCE button ⊙) ® to jump 24 hours ahead, or the REPLAY button ⊙) ® to jump 24 hours back.<br><br>• Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button ⊙ to record it.<br><br>TiVo Service Quick Guide at 13. |
| 21. The method as recited in claim 19 further comprising the step of displaying a channel guide on a video display device, said channel guide providing information regarding a content of at least one of said plurality of channels. | The TiVo-Powered DVR displays a channel guide on the video display device that provides information regarding content of a plurality of channels, including channels broadcasting programs that are being stored on the DVR. For example, as shown in the screenshot below, the program guide provides a "Show description" for programs broadcast on the available channels. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | TiVo Live Guide<br><br>Date & time          Show description<br><br>Channels & shows          Upcoming shows on<br>currently airing          the selected channel<br><br>TiVo Service Quick Guide at 13. |
| 22. The method as recited in claim 21 wherein said channel guide contains links to locations in said mass data storage unit. | As illustrated in the image below, the TiVo-Powered DVR's channel guide contains links to locations in the mass data storage unit.<br><br>TiVo Live Guide<br><br>Date & time          Show description<br><br>Channels & shows          Upcoming shows on<br>currently airing          the selected channel |

27



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button **Guide** on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the **A** button to display Guide Options and choose the view you want.

The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button **select** while watching live TV to bring up the mini-guide.

In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a **NEW** icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings).

To move around in the guides (TiVo Live Guide, grid guide, or mini-guide):

• Press the FAST FORWARD button **▶▶** to move the displayed time ahead one half-hour at a time, or press the REWIND button **◀◀** to move it backward.

• Press the ADVANCE button **⊕** ⓡ to jump 24 hours ahead, or the REPLAY button **⊙** ⓡ to jump 24 hours back.

• Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button **⊙** to record it.

TiVo Service Quick Guide at 13. |
| 23. The method as recited in claim 19 further comprising the step of receiving a command to replay one of said stored television broadcasts. | The TiVo-Powered DVR receives a command to replay one of the stored television broadcasts.

A user may select a stored program from the TiVo-Powered DVR in various ways. For example, the TiVo-Powered DVR provides a program guide that allows a user to select a particular program for display, including programs that are currently being recorded: |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

TiVo Live Guide

Date & time          Show description

Channels & shows          Upcoming shows on
currently airing          the selected channel

The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button **Guide** on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the **A** button to display Guide Options and choose the view you want.

The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button **select** while watching live TV to bring up the mini-guide.

In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a **NEW** icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings).

To move around in the guides (TiVo Live Guide, grid guide, or mini-guide):

- Press the FAST FORWARD button ▶▶ to move the displayed time ahead one half-hour at a time, or press the REWIND button ◀◀ to move it backward.

- Press the ADVANCE button ⊙ ⊛ to jump 24 hours ahead, or the REPLAY button ⊙ ⊛ to jump 24 hours back.

- Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button ⊙ to record it.

TiVo Service Quick Guide at 13.

29



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

As discussed above, a user may switch back and forth between programs that the user has already selected with an available tuner. The TiVo-Powered DVR will begin displaying the program from the previously established buffer.

## Watching multiple shows at once

Your TiVo T6 DVR can watch (and record!) up to six shows at the same time. Go ahead, try it:

1. First, press the PAUSE button ⏸ to pause the live TV show you're watching. Let's call the tuner you're watching "Tuner 1."

2. Press the LIVE TV button 📺 to switch to the next tuner, "Tuner 2." Whenever you press LIVE TV, you'll switch to the next tuner in line.

**Note:** You may see the same channel on more than one tuner.

3. Change the channel if you like, watch the new show for a few moments, then press LIVE TV again to switch to Tuner 3.

4. Change the channel, watch for a few moments, then press PAUSE.

5. Press LIVE TV again to switch to Tuner 4. Again, change the channel, watch for a few moments, then press PAUSE. Repeat to switch to Tuners 5 and 6.

TiVo Service Quick Guide at 8-9.

A user may also select a stored program from the list of previously recorded programs.





Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Quick Tour – My Shows**<br><br>All the shows recorded by your TiVo T6 DVR, including downloaded shows, appear in the My Shows list. To get to the My Shows list from any menu screen or from live TV, just press the TiVo button 🎛 twice. (Just press it once if you're already on the TiVo Central screen.)<br><br>**Note:** The My Shows list you see from your TiVo Mini or TiVo Preview is the list of shows from the host DVR (you'll see the host DVR's icon on the My Shows screen).<br><br>Highlight any title in My Shows (even a show that's still recording) and press the PLAY button ▶ to play the show from the beginning, or to resume playing from where you left off.<br><br>TiVo Service Quick Guide at 3. |
| 24. The method as recited in claim 23 wherein said one of said stored television broadcasts is displayed nonlinearly. | The TiVo-Powered DVR's channel viewer can display a stored television broadcast nonlinearly. For example, the TiVo-Powered DVR's video player controls allow the user to skip forward by 30 seconds.<br><br>**Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding.<br><br>TiVo Service Quick Guide at appendix. |
| 27. The method as recited in claim 19 further comprising the step of storing one of said television broadcasts in an archive storage unit. | The TiVo-Powered DVR includes an archive storage unit coupled to the channel viewer that stores information contained in the live TV buffer in persistent storage.<br><br>**Recording the saved portion**<br><br>On the TiVo T6 DVR, up to 30 minutes of the current channel's broadcast is always being saved, even when you're not recording. When you change channels, the TiVo T6 DVR clears the saved portion on the tuner you're watching and starts saving again on the new channel. So, if the saved portion is important to you, either record the program or switch tuners instead of changing the channel.<br><br>To record the saved portion in addition to the rest of the program, choose 'Record this showing.'<br><br>TiVo Service Quick Guide at 9. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| 28. The method as recited in claim 19 further comprising the step of allowing a user to identify said plurality of television broadcasts in a channel selector. | The TiVo-Powered DVR allows the user to identify a plurality of television broadcasts in a channel selector.  The on-screen program guide displays up to two weeks of TV programming at the touch of a button — the GUIDE button (Guide) on your TiVo remote. You can choose to display the guide as a grid, or use the TiVo Live Guide (shown here). When you're viewing the guide, press the (A) button to display Guide Options and choose the view you want. The mini-guide is a smaller version of the program guide. It shows you what's coming up on the channel you're watching and the next two channels. Press the SELECT button while watching live TV to bring up the mini-guide. In the grid guide, TiVo Live Guide, and mini guide, new shows are marked with a NEW icon. Shows that are currently recording have a red circle icon next to the title, while shows that are scheduled to record are marked with a check mark (for individual shows) or double check mark (for Season Pass recordings). To move around in the guides (TiVo Live Guide, grid guide, or mini-guide): • Press the FAST FORWARD button ▶▶ to move the displayed time ahead one half-hour at a time, or press the REWIND button ◀◀ to move it backward. • Press the ADVANCE button ⏭ ® to jump 24 hours ahead, or the REPLAY button ⏮ ® to jump 24 hours back. • Press SELECT on a show in progress, and the channel changes to that show. Press the RECORD button ⏺ to record it. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | TiVo Service Quick Guide at 13.<br><br>**Watching multiple shows at once**<br><br>Your TiVo T6 DVR can watch (and record!) up to six shows at the same time. Go ahead, try it:<br><br>**1.** First, press the PAUSE button to pause the live TV show you're watching. Let's call the tuner you're watching "Tuner 1."<br><br>**2.** Press the LIVE TV button to switch to the next tuner, "Tuner 2." Whenever you press LIVE TV, you'll switch to the next tuner in line.<br><br>**Note:** You may see the same channel on more than one tuner.<br><br>**3.** Change the channel if you like, watch the new show for a few moments, then press LIVE TV again to switch to Tuner 3.<br><br>**4.** Change the channel, watch for a few moments, then press PAUSE.<br><br>**5.** Press LIVE TV again to switch to Tuner 4. Again, change the channel, watch for a few moments, then press PAUSE. Repeat to switch to Tuners 5 and 6.<br><br>TiVo Service Quick Guide at 8-9. |
| 31. The method as recited in claim 19 further comprising the step of decoding said plurality of television broadcasts from a selected one of: NTSC analog TV, PAL/SECAM analog TV, digital TV, analog HDTV, and digital HDTV. | The TiVo-Powered DVR receives television programs broadcast on channels formatted in, for example, HDTV.<br><br>• The amount of recording space the TiVo T6 DVR needs varies from channel to channel and from show to show. In general, the more action you see on your screen, such as in fast-moving sports or action movies, the more recording space is required. High-definition shows take up much more space than standard-definition shows.<br><br>TiVo Service Quick Guide at 25. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

| | |
|---|---|
| | **Grouping shows**<br><br>When Groups are on, shows are organized into folders, and a number in parentheses to the right of each folder shows how many shows it contains. If you've recorded several episodes of the same show, they can all be collected into a group. You'll also see groups for HD recordings, TiVo Suggestions (if you have auto-recording of Suggestions turned on), and auto-recording WishList® searches.<br>TiVo Service Quick Guide at 4. |
| 32. The method as recited in claim 19 further comprising the step of selectively moving by one commercial time unit within said one of said plurality of television broadcasts in response to a received command. | The TiVo-Powered DVR can receive a command from a user to selectively move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>**Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding.<br><br>TiVo Service Quick Guide at appendix. |
| 33. The method as recited in claim 32 wherein said step of selectively moving comprises the step of engaging in catch-up viewing. | As discussed above, the TiVo-Powered DVR allows a user to submit a command prompting the DVR to move forward in a program by one commercial time unit (e.g., 30 seconds).<br><br>**Advance** moves forward in 30-second increments; press and hold to jump to the end of the show. Or, press Advance to jump to the next tick mark when fast-forwarding or rewinding.<br><br>TiVo Service Quick Guide at appendix.<br><br>This skip-forward command is employable to achieve catch-up viewing. |



Preliminary Comparison of Atlantic Broadband's TiVo-Powered DVR with U.S. Patent No. 6,788,882

## Moving around in time

**1.** First, press the PAUSE button ⏸ . You can pause live TV for up to 30 minutes. After that, playback resumes.



When you pause live TV, you see a status bar showing a one-hour period. The green segment shows the portion of the hour that has been saved by your TiVo T6 DVR. The white line marks your current point in time. When the white line is back in the green segment, you're "behind" live TV.

**6.** Press the ADVANCE button ⏩ ®. You'll instantly move forward 30 seconds.

**7.** Press and hold the ADVANCE button and presto! You're caught up to live TV.

TiVo Service Quick Guide at 7.

